[Doc. No. 11]

**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:   John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 96.248.100.147, <br><br> Defendant. | Case No. 1:21-cv-10385-RBK-MJS <br><br> [PROPOSED] ORDER   MTS |

**THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), on a Motion for a second extension of time within in which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m) ("Motion"); it appearing that Defendant John Doe subscriber assigned IP address 96.248.100.147 ("Doe") has not yet been served in this matter and consents to the Motion, through their counsel,

Peter George Mylonas, Esq.; the Court having considered Plaintiff's written submissions in connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

IT IS on this 12th day of November, 2021,

**ORDERED** that Plaintiff's motion [ECF No. 11] is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiff shall effectuate service of process in this matter within 60 days following the Court's decision on Doe's pending Motion to Quash/Compel/Enforce [D.E. 10].

By: _____ 11-12-21
The Honorable Matthew J. Skahill
United States Magistrate Judge

☐ Opposed
X Unopposed

*The Clerk's office is further directed to terminate docket entry 11.*